IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cr-00192-RM

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. **ROBERT REGER** and
2. DAVID LYTLE,

    Defendants.

---

### DEFENDANT ROBERT REGER'S PROPOSED QUESTIONS FOR JUROR VOIR DIRE

---

Robert Reger, by and through counsel, hereby requests this Court to consider posing the following questions to the prospective jurors as supplement to the Court's standard jury selection:

1. By show of hands, do any of the prospective jurors, or close friends or family members, work in the direct mail industry or data collection industries? (Follow-up with specifics).

2. By show of hands, have any of the prospective jurors, or close friends or family members, worked for the post office, the Department of Justice, a prosecution office, or law enforcement?

3. By show of hands, has anyone been involved in a court proceeding, as a party, a defendant, or a witness? (If so, follow-up as to how long ago, and whether anything about that

experience impacts him or her to such a degree that he or she has concerns about an ability to hear this case).

    4.    By show of hands, have any of the prospective jurors been the victims of fraud? (if so, follow-up as to how long ago, and whether anything about that impacts him or her to such a degree that he or she has concerns about an ability to hear a criminal case).

    5.    By show of hands, have any of the prospective jurors, or close friends or family members, responded to sweepstakes contests, sweeps reports or astrology offers promoted through direct mail?  (If so, follow-up with specifics).

    6.    By show of hands, does anyone have strong feelings about how corporations collect data on consumers by means of tracking consumer purchases?  (If yes, follow-up as to whether a case involving a large corporation that kept track of that data would so offend them, that it would be hard to judge the matter fairly).

    7.    By show of hands, does anyone care for a parent or is a guardian or conservator for someone who is older?

    8.    By show of hands, who has worked for an employer that employed more than 500 people?

    9.    By show of hands, has anyone been accused of something they did not do in the workplace?

    10.    By show of hands, who of you has hired a lawyer for representation or for obtaining legal advice?

Respectfully submitted,

*s/ Brian R. Leedy*
**Brian R. Leedy**
**Kevin M. McGreevy**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   mcgreevy@ridleylaw.com
             leedy@ridleylaw.com


*s/ Gordon Mehler*
**Gordon Mehler**
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
Telephone:  212-335-2957
Email:  gmehler@wmhlaw.com
*Attorneys for Defendant Robert Reger*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2023, I electronically filed the foregoing **DEFENDANT ROBERT REGER'S PROPOSED QUESTIONS FOR JUROR VOIR DIRE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                         *s/ Heather Grant*
                                         Heather Grant