# EXHIBIT B

2012 all

|  |  | 2012 Rev |
|---|---|---|
|  | Publishers Clearing House | 1,102,642 |
|  | Institute for Vibrant Living | 1,017,967 |
|  | The Scooter Store, Inc. | 837,032 |
|  | Life Line Screening | 666,239 |
|  | ThinkDirect Marketing Group, Inc. | 563,535 |
|  | Bradford Group | 530,725 |
|  | American Mint | 510,398 |
|  | ACURIAN | 502,920 |
|  | MBI Inc | 492,001 |
|  | VRP Brands, LLC (Vitamin Research Products) | 390,466 |
|  | North American Membership Group, Inc. | 372,446 |
|  | Suarez Corporation Industries | 312,635 |
|  | Healthy Directions Publishing, LLC | 305,890 |
|  | Haband Clothing | 275,000 |
|  | TrueAuto | 272,849 |
|  | Buena Vista Home Entertainment, Inc. | 251,492 |
|  | GLM, Inc. (Green Light Marketing) | 234,411 |
|  | Next-Gen, Inc. | 222,849 |
|  | Immunocorp | 212,725 |
|  | Nutri-Health Products | 189,625 |
|  | Canada, Inc. | 175,448 |
|  | Guthy-Renker Corp | 173,165 |
|  | Littleton Coin Company, LLC | 147,378 |
|  | JT Communications | 144,711 |
|  | HAMPSHIRE LABS, INC | 143,349 |
|  | Health Research Laboratories | 142,292 |
|  | NatureCity, LLC | 135,785 |
|  | Care Point Medical | 133,876 |
|  | Earth Sun Moon Trading Company, Inc | 130,521 |
|  | International Masters Publishers Inc | 126,919 |
|  | SOUTHERN FULFILLMENT SERVICES | 117,364 |
|  | Omaha Steaks | 115,838 |
|  | Home Cure | 108,160 |
|  | Renaissance Health LLC | 101,851 |
|  | Opportunities Unlimited Publications, Inc | 100,913 |
|  | SUN CHLORELLA USA | 100,799 |
|  | Lifeline Systems Company, dba Philips Lifeline | 87,982 |
|  | Gardens Alive | 86,744 |
|  | Mystic Stamp Co | 83,895 |
|  | Omaha Creative Group | 83,294 |
|  | Aloes International | 76,730 |
|  | Miracle Breakthrough Labs | 69,327 |
|  | Biscayne Labs | 68,699 |
|  | Diversified Marketing Group | 66,249 |
|  | Fresh Diet | 64,537 |
|  | Zaken Corp. | 62,943 |

GOV01-01141413

2012 all

| | | |
|---|---|---:|
| | Chocolate Tasting Club | 60,844 |
| | Systems Paving Marketing, Inc. | 60,237 |
| | National Collector's Mint | 59,435 |
| | Best Life Herbals, LLC | 58,804 |
| | New Line Marketing | 57,616 |
| | Nautilus Inc | 55,618 |
| | The Teaching Company | 54,135 |
| | Nature Trade Center | 53,549 |
| | MFPA, Inc. | 52,955 |
| | Tabak Health Products | 50,233 |
| | Viking River Cruises Inc | 50,065 |
| | Hartville Group Inc, The | 49,988 |
| | IMAC | 48,930 |
| | Nugenics International | 46,933 |
| | Juvenon | 43,852 |
| | Biowell Natural Health | 43,287 |
| | Personal Liberty | 41,813 |
| | Lenox Corporation | 34,832 |
| | Bronson Nutritional, LLC | 34,428 |
| | Sinclair Institute | 34,226 |
| | Allied Marketing Group, Inc. | 33,803 |
| | Caribbean Cruise Line | 32,655 |
| | Marketing Bulletin Board dba New Maturity Direct | 32,447 |
| | Biocentric Health, Inc. | 32,347 |
| | Mail Tree, Inc | 31,618 |
| | Warranty Group, The | 28,880 |
| | Lipogen US Inc | 27,818 |
| | KSRM Pty Ltd. | 26,889 |
| | VitalMax Vitamins | 25,314 |
| | Nestle Waters of North America, Inc | 25,125 |
| | Wellness Research & Consulting, Inc. | 23,823 |
| | American Global Health Group | 23,718 |
| | Eco-Flex | 23,634 |
| | Lifes 2 Good | 22,417 |
| | Direct Wines | 22,230 |
| | Lot18 Holdings, Inc. | 22,192 |
| | UniScience Group, Inc. | 21,695 |
| | Rejuva Naturals LLC | 20,501 |
| | RSPT, LLC dba Radio Spirits | 19,841 |
| | Destiny Research | 19,429 |
| | MedFox Publishing, LLC | 19,379 |
| | Grand European Tours | 19,269 |
| | Pound Ridge Marketing | 19,227 |
| | Nutriol, LLC | 18,917 |
| | Nutrisystem Inc | 18,527 |
| | Direct Merchandising, Inc. | 17,216 |
| | Wine of the Month Club | 16,702 |

GOV01-01141413

2012 all

| | | |
|---|---|---|
| | Vinesse, LLC | 16,232 |
| | Fratelli Carli USA Inc | 16,023 |
| | Marketshare Publications, Inc | 15,819 |
| | Jetco Industries | 14,373 |
| | Integrity Music | 14,132 |
| | Ojas Enterprises, LLC | 13,334 |
| | ERON, Inc. | 13,315 |
| | Direct Response Advertising, Inc. | 13,214 |
| | PHE, Inc. | 12,399 |
| | Amrion Nutraceuticals | 12,357 |
| | Wine Insiders | 11,245 |
| | Empire Marketing Corp | 11,041 |
| | American Standard | 10,917 |
| | Direct Response Management Group | 10,723 |
| | American Cellars Wine Club | 10,644 |
| | Ironwood Labs LLC | 10,556 |
| | Life Span Labs | 9,502 |
| | Austin Herbal Sciences | 9,147 |
| | Quality Health Blends, Inc. | 8,849 |
| | Horizon Marketing Services, Inc. | 8,584 |
| | Global Access Management, Inc. | 8,561 |
| | Quantum Learning Network | 8,351 |
| | Zurich Biopharmacals Ltd | 8,279 |
| | Merchandise Warehouse, Inc. | 7,478 |
| | Teleflora | 7,401 |
| | Universal Media Syndicate, Inc. | 6,674 |
| | Video Age Offer | 5,495 |
| | World Marketing Group Inc. (WMG) | 5,277 |
| | POM Wonderful LLC | 5,151 |
| | FPH Communications | 5,076 |
| | Nu Era Labs, LLC | 4,947 |
| | Integrity Direct | 4,469 |
| | Jenasol Nutritionals, LLC | 4,366 |
| | Haplin Pty LTD | 4,352 |
| | Roma Direct | 4,351 |
| | Chesapeake Nutraceuticals | 4,055 |
| | Lifestyle Lift | 3,590 |
| | My Alarm Center, LLC | 3,531 |
| | National Media Group | 3,404 |
| | Viva Labs, Inc. | 3,340 |
| | Preston Media, LLC | 3,128 |
| | Vortex Marketing | 3,128 |
| | Quantum Marketing, Inc | 2,668 |
| | WellMed | 2,652 |
| | Woodford Hills, LLC | 2,415 |
| | Everest Nutrition | 2,328 |
| | American Biosciences | 2,227 |

GOV01-01141413

2012 all

|  | | |
|---|---|---|
|  | Novixor Group | 1,701 |
|  | Grandma Rosa | 1,551 |
|  | New Maturity Direct | 1,470 |
|  | Ohio Distinctive Software, Inc. | 1,183 |
|  | Road Scholar f/k/a Elderhostel | 1,049 |
|  | Happy Kids | 1,040 |
|  | Interbox Media Inc | 1,018 |
|  | Neogenis Labs | 986 |
|  | Hallmark Group Ltd. | 952 |
|  | Inline Solutions & Services Corp. | 939 |
|  | Wildlife Explorer Offer | 720 |
|  | Memomind Pharma | 701 |
|  | World Marketing Group Inc. | 681 |
|  | Garden Patch Offer | 600 |
|  | Freshology, Inc. | 444 |
|  | Elmo's Learning Adventures Offer | 373 |
|  | Innovative Wine Merchants LLC | 336 |
|  | Midwest Lists & Media | 200 |
|  | ABODE Contemplative Care for the Dying | 50 |
|  | AmMed Direct | 0 |
|  | American Botanicals/Dr. Schulze | (11) |
|  | **Grand Total** | **14,135,089** |

GOV01-01141413

2013 all

|  |  | 2013 Rev |
|---|---|---|
|  | Publishers Clearing House | 1,106,197 |
|  | Institute for Vibrant Living | 1,101,509 |
|  | Bradford Group | 668,178 |
|  | American Mint | 631,848 |
|  | Life Line Screening | 583,766 |
|  | ACURIAN | 484,174 |
|  | MBI Inc | 476,192 |
|  | ThinkDirect Marketing Group, Inc. | 437,228 |
|  | GLM, Inc. (Green Light Marketing) | 344,155 |
|  | Guthy-Renker Corp | 307,375 |
|  | Haband Clothing | 286,250 |
|  | Immunocorp | 284,458 |
|  | Healthy Directions Publishing, LLC | 284,425 |
|  | VRP Brands, LLC (Vitamin Research Products) | 254,736 |
|  | Next-Gen, Inc. | 242,740 |
|  | Care Point Medical | 237,231 |
|  | TrueAuto | 215,719 |
|  | Earth Sun Moon Trading Company, Inc | 210,055 |
|  | Mystic Stamp Co | 208,025 |
|  | HAMPSHIRE LABS, INC | 205,149 |
|  | Health Research Laboratories | 190,247 |
|  | North American Membership Group, Inc. | 187,610 |
|  | SUN CHLORELLA USA | 167,707 |
|  | JT Communications | 162,915 |
|  | The Scooter Store, Inc. | 155,181 |
|  | Systems Paving Marketing, Inc. | 153,864 |
|  | Nutri-Health Products | 147,050 |
|  | NatureCity, LLC | 145,286 |
|  | Buena Vista Home Entertainment, Inc. | 134,341 |
|  | Littleton Coin Company, LLC | 132,548 |
|  | Amazon | 126,142 |
|  | Connect America | 125,892 |
|  | Neogenis Labs | 124,441 |
|  | Ojas Enterprises, LLC | 116,396 |
|  | SOUTHERN FULFILLMENT SERVICES | 114,463 |
|  | Opportunities Unlimited Publications, Inc | 106,834 |
|  | Canada, Inc. | 106,046 |
|  | Tier 3 Productions | 100,774 |
|  | Renaissance Health LLC | 87,447 |
|  | National Collector's Mint | 87,055 |
|  | Marketing Bulletin Board dba New Maturity Direct | 82,941 |
|  | Nautilus Inc | 80,179 |
|  | Viking River Cruises Inc | 76,643 |
|  | Teaching Company Sales, LLC | 76,451 |
|  | Lenox Corporation | 73,114 |
|  | American Cellars Wine Club | 69,033 |

GOV01-01141413

2013 all

| | | |
|---|---|---|
| | Juvenon | 63,469 |
| | Miracle Breakthrough Labs | 62,188 |
| | Nestle Waters of North America, Inc | 57,547 |
| | Blue Global, Inc. | 56,399 |
| | Suarez Corporation Industries | 49,726 |
| | Chocolate Tasting Club | 49,576 |
| | Diversified Marketing Group | 47,046 |
| | Best Life Herbals, LLC | 46,307 |
| | Biscayne Labs | 46,011 |
| | Biowell Natural Health | 43,530 |
| | Direct Wines | 43,477 |
| | GreatCall, Inc. | 42,716 |
| | Premier Care in Bathing | 41,935 |
| | Bronson Nutritional, LLC | 40,784 |
| | Integrity Music | 38,268 |
| | Direct Response Advertising, Inc. | 36,421 |
| | Personal Liberty | 35,818 |
| | Eco-Flex | 35,715 |
| | World Marketing Group Inc. (WMG) | 35,368 |
| | Omaha Steaks | 34,575 |
| | Nature Trade Center | 34,115 |
| | Amrion Nutraceuticals | 32,662 |
| | Gardens Alive | 32,181 |
| | International Masters Publishers Inc | 31,569 |
| | RSPT, LLC dba Radio Spirits | 31,293 |
| | Sinclair Institute | 30,178 |
| | Wine of the Month Club | 29,853 |
| | VitalMax Vitamins | 27,483 |
| | Nu Era Labs, LLC | 26,460 |
| | Fortis Marketing Direct LTD | 25,115 |
| | Holsted Marketing, Inc. | 24,304 |
| | M&M Bedding | 23,859 |
| | Merchandise Warehouse, Inc. | 23,331 |
| | Think Outside the Book Publishing, Inc. | 22,729 |
| | Horizon Marketing Services, Inc. | 21,380 |
| | Rejuva Naturals LLC | 21,292 |
| | Biocentric Health, Inc. | 20,612 |
| | Destiny Research | 20,214 |
| | UniScience Group, Inc. | 19,997 |
| | Hartville Group Inc, The | 18,222 |
| | Vortex Marketing | 17,487 |
| | Teleflora | 17,429 |
| | Keyview Labs, Inc. | 17,356 |
| | Fratelli Carli USA Inc | 16,833 |
| | Home Cure | 15,554 |
| | The Teaching Company | 13,951 |
| | Ironwood Labs LLC | 13,271 |

GOV01-01141413

2013 all

| | |
|---|---:|
| All-Med Health Care | 12,728 |
| ERON, Inc. | 11,828 |
| Grand European Tours | 11,427 |
| Grandma Rosa | 10,667 |
| New Maturity Direct | 10,557 |
| WellMed | 10,136 |
| Viva Labs, Inc. | 10,134 |
| Jetco Industries | 8,791 |
| Lipogen US Inc | 8,754 |
| Direct Response Management Group | 8,653 |
| Lot18 Holdings, Inc. | 8,114 |
| Tabak Health Products | 7,843 |
| Integrity Direct | 7,388 |
| Registered Disbursement Division | 6,953 |
| American Standard | 6,696 |
| Empire Marketing Corp | 6,200 |
| Wine Insiders | 6,077 |
| Zaken Corp. | 5,599 |
| My Alarm Center, LLC | 5,383 |
| Direct Line Promotions, Inc. | 4,657 |
| National Media Group | 4,434 |
| Roma Direct | 4,351 |
| Quantum Marketing, Inc | 4,332 |
| Jenasol Nutritionals, LLC | 4,180 |
| Zurich Biopharmacals Ltd | 4,028 |
| Wellness Research & Consulting, Inc. | 3,978 |
| Yachting Promotions, Inc. | 3,176 |
| Caribbean Cruise Line | 3,051 |
| Lifestyle Lift | 3,000 |
| Road Scholar f/k/a Elderhostel | 2,926 |
| Pound Ridge Marketing | 2,895 |
| Fresh Diet | 2,700 |
| American Biosciences | 2,652 |
| Quality Health Blends, Inc. | 2,575 |
| Global Access Management, Inc. | 2,115 |
| Beckwith Astro | 1,801 |
| Inogen | 1,751 |
| Everest Nutrition | 1,428 |
| Austin Herbal Sciences | 1,377 |
| Video Age Offer | 1,166 |
| FPH Communications | 1,160 |
| Products for Life | 1,052 |
| Chesapeake Nutraceuticals | 952 |
| Hallmark Group Ltd. | 901 |
| Hyperion Natural Solutions | 901 |
| Ohio Distinctive Software, Inc. | 807 |
| Carr Productions, Inc. | 791 |

GOV01-01141413

2013 all

|  | | |
|---|---|---:|
|  | FC Flint | 646 |
|  | Midwest Lists & Media | 604 |
|  | Garden Patch Offer | 600 |
|  | Zero Effort Nutrition, LP | 599 |
|  | Premier Event Management | 550 |
|  | Happy Kids | 500 |
|  | Elmo's Learning Adventures Offer | 490 |
|  | Preston Media, LLC | 476 |
|  | ProTouch Marketing | 476 |
|  | Athletic Greens USA, Inc. | 476 |
|  | Novixor Group | 475 |
|  | JetBJ INC., | 398 |
|  | RSM Group | 398 |
|  | Beachbody, LLC | 391 |
|  | Marketplace Events | 350 |
|  | Innovative Products & Solutions Inc. (fka Biscayne Labs) | 349 |
|  | Aloes International | 347 |
|  | PHE, Inc. | 331 |
|  | True Health Offer | 320 |
|  | Fiduciary Lists | 306 |
|  | Nutriol, LLC | 292 |
|  | Makana, LLC | 263 |
|  | Vinesse, LLC | 225 |
|  | Reliant Holdings, Inc. | 200 |
|  | The Iron Shop | 200 |
|  | L.E. Turner & Company | 196 |
|  | D+M USA, Inc. | 100 |
|  | Unicomm, LLC | 100 |
|  | F & W Media | 100 |
|  | BDK Mailing GmbH | 50 |
|  | Wellness Logix | 50 |
|  | Charismatic LLC | 50 |
|  | FemMed | 50 |
|  | Direct Merchandising, Inc. | 0 |
|  | MFPA, Inc. | (663) |
|  | Warranty Group, The | (8,639) |
|  | **Grand Total** | **13,470,329** |

GOV01-01141413

2014 all

|  |  | 2014 Rev |
|---|---|---|
|  | Institute for Vibrant Living | 1,588,755 |
|  | MBI, Inc. | 1,015,300 |
|  | Publishers Clearing House | 957,824 |
|  | Bradford Group aka BGE, Ltd. aka Midwest Lists & Media Ltd | 623,808 |
|  | American Mint LLC | 598,719 |
|  | Teaching Company Sales, LLC | 586,492 |
|  | GreatCall, Inc. | 561,056 |
|  | LifeLine Screening | 557,000 |
|  | Think Direct Marketing Group, Inc. | 500,342 |
|  | Healthy Directions Publishing, LLC | 374,384 |
|  | GLM, Inc. (Green Light Marketing) | 319,638 |
|  | Immunocorp | 314,389 |
|  | Golden Gate Orchard Brands (Holding Co) | 280,000 |
|  | Hampshire Labs, Inc. | 273,366 |
|  | Guthy-Renker Corp | 263,539 |
|  | TrueAuto | 255,231 |
|  | Mystic Stamp Co | 253,974 |
|  | VRP Brands, LLC (Vitamin Research Products) | 252,779 |
|  | Systems Paving Marketing, Inc. | 250,328 |
|  | Earth Sun Moon Trading Company, Inc | 243,602 |
|  | Littleton Coin Company, LLC | 230,136 |
|  | Next-Gen, Inc. | 213,543 |
|  | American Cellars Wine Club | 208,114 |
|  | NESTLE USA INC. | 200,614 |
|  | Care Point Medical | 181,885 |
|  | Sun Chlorella USA Corp. | 161,470 |
|  | Neogenis Labs | 158,565 |
|  | Amazon.com, Inc. | 154,295 |
|  | Health Research Laboratories | 148,879 |
|  | NatureCity, LLC | 148,467 |
|  | JT Communications | 145,691 |
|  | Buena Vista Home Entertainment, Inc. | 140,378 |
|  | Keyview Labs, Inc. | 128,965 |
|  | Tier 3 Productions | 122,479 |
|  | Registered Disbursement Division | 118,420 |
|  | Marketing Bulletin Board dba New Maturity Direct | 114,818 |
|  | Southern Fulfillment Services, LLC | 108,004 |
|  | Nautilus, Inc. | 105,110 |
|  | Lenox Corporation | 104,561 |
|  | National Collector's Mint | 104,039 |
|  | Premier Care in Bathing | 101,803 |
|  | Think Outside the Book Publishing, Inc. | 100,014 |
|  | Vortex Marketing | 95,815 |
|  | Opportunities Unlimited Publications, Inc | 88,433 |
|  | Nutri-Health Products | 79,508 |
|  | Canada, Inc. | 78,772 |

GOV01-01141413

2014 all

| | | |
|---|---|---|
| | Hoveround | 70,348 |
| | Amrion Nutraceuticals | 68,750 |
| | Miracle Breakthrough Labs | 65,435 |
| | Fortis Marketing Direct LTD | 58,633 |
| | Bronson Nutritional, LLC | 56,617 |
| | Omaha Steaks | 54,039 |
| | Renaissance Health LLC | 50,692 |
| | Direct Response Advertising, Inc. | 49,178 |
| | Diversified Marketing Group | 49,001 |
| | Holsted Marketing, Inc. | 48,127 |
| | Biowell Natural Health | 45,312 |
| | Best Life Herbals, LLC | 45,279 |
| | Atlantic Coast Media Group, LLC | 43,202 |
| | Nature Trade Center | 42,552 |
| | Gardens Alive | 38,851 |
| | Integrity Music | 38,669 |
| | Nakedwines.com | 38,520 |
| | Austin Herbal Sciences | 33,848 |
| | Direct Wines | 33,753 |
| | Chocolate Tasting Club | 33,464 |
| | Prime Source Publishing | 32,458 |
| | RSPT, LLC dba Radio Spirits | 30,658 |
| | Wine Insiders | 30,254 |
| | Juvenon | 29,021 |
| | Tungsten Revenue | 28,689 |
| | Wine of the Month Club | 28,202 |
| | Universal Media Syndicate, Inc. | 24,803 |
| | Teleflora | 23,994 |
| | M&M Bedding | 23,082 |
| | Handybook | 22,188 |
| | Horizon Marketing Services, Inc. | 21,395 |
| | Biocentric Health, Inc. | 20,970 |
| | Eco-Flex | 20,102 |
| | Mira Fitness, LLC | 20,000 |
| | Wellness Research & Consulting, Inc. | 19,883 |
| | Nu Era Labs, LLC | 19,260 |
| | MFPA, Inc. (Mouth & Foot Painting Artists, Inc.) | 18,801 |
| | FC Flint | 18,261 |
| | 4X Media International | 17,642 |
| | Direct Response Management Group | 17,250 |
| | Grandma Rosa | 16,431 |
| | North American Membership Group, Inc. | 15,907 |
| | SmartEnergy Holdings, LLC | 15,765 |
| | Suarez Corporation Industries | 15,578 |
| | Destiny Research | 13,894 |
| | The American Kennel Club, Inc. | 13,530 |
| | Ironwood Labs LLC | 13,046 |

GOV01-01141413

2014 all

| | | |
|---|---|---|
| | Fratelli Carli USA Inc | 13,014 |
| | International Precious Metals | 12,123 |
| | ValusDirect, LLC | 11,427 |
| | Beachbody, LLC | 10,778 |
| | Fairmont Specialty Insurance Agency, Inc. | 10,560 |
| | Ojas Enterprises, LLC | 9,879 |
| | Integrity Tracking LLC dba MobileHelp | 9,234 |
| | Selective Search, Inc. | 8,753 |
| | World Marketing Group Inc. (WMG) | 8,685 |
| | VitalMax Vitamins | 8,189 |
| | Zurich Biopharmacals Ltd | 7,641 |
| | Wellness Logix | 7,623 |
| | Nuvista Event Management | 7,300 |
| | Rosetta Stone Ltd. | 7,218 |
| | UniScience Group, Inc. | 7,181 |
| | Merchandise Warehouse, Inc. | 7,062 |
| | Pound Ridge Marketing | 6,846 |
| | Fiduciary Lists | 6,785 |
| | Fresh Direct, LLC | 5,636 |
| | Lifes2Good/Viviscal | 5,504 |
| | Sinclair Institute | 5,171 |
| | Roma Direct | 4,951 |
| | Lipogen US Inc | 4,887 |
| | GS Direct - DTC | 4,802 |
| | Worldclass Collections | 4,778 |
| | Nutrisystem, Inc. | 4,600 |
| | Products for Life | 4,278 |
| | FPH Communications | 3,957 |
| | ProMax Plus, Inc | 3,877 |
| | Gold Rush | 3,824 |
| | American Kitchen Corp. | 3,758 |
| | Lane Labs | 3,664 |
| | Regency Direct Marketing AG | 3,401 |
| | Rejuva Naturals LLC | 3,128 |
| | Quality Health Blends, Inc. | 2,652 |
| | Deuce Marketing | 2,379 |
| | HBdirect LLC | 2,268 |
| | Lunada Biomedical | 2,065 |
| | Direct Merchandising, Inc. | 1,852 |
| | Family Education Network | 1,802 |
| | Natural Option USA | 1,802 |
| | Checkerboard, Ltd. | 1,751 |
| | Naples Winter Wine Festival | 1,406 |
| | Town & Country Acceptance Corp. | 1,326 |
| | Empire Marketing Corp | 1,326 |
| | SOHO Publishing | 1,301 |
| | Providence Labs | 1,142 |

GOV01-01141413

2014 all

|  | | |
|---|---|---|
|  | Stop Aging Now, LLC | 1,071 |
|  | Direct Line Promotions, Inc. | 1,071 |
|  | Ohio Distinctive Software, Inc. | 1,011 |
|  | Maderas Futuro S.A. | 1,001 |
|  | Queens Quay Marketing Group | 952 |
|  | Outdoor Lighting Perspectives | 951 |
|  | Award Opportunity | 918 |
|  | Club for Success | 800 |
|  | Archadeck | 601 |
|  | Jenasol Nutritionals, LLC | 497 |
|  | Personal Innovative Products | 476 |
|  | American Biosciences | 476 |
|  | My Alarm Center, LLC | 452 |
|  | Dormeo Octaspring | 404 |
|  | Ad Strategies | 147 |
|  | Idiom Design | 50 |
|  | Human Touch, LLC | 0 |
|  | Integrity Direct | (69) |
|  | Fresh Diet | (1,680) |
|  | Biscayne Labs | (2,184) |
|  | Quantum Marketing, Inc | (3,006) |
|  | **Grand Total** | **15,406,156** |

GOV01-01141413

2015 all

|  |  | 2015 Rev |
|---|---|---|
|  | MBI, Inc. | 1,220,439 |
|  | Publishers Clearing House | 989,940 |
|  | Institute for Vibrant Living | 835,970 |
|  | Bradford Group aka BGE, Ltd. aka Midwest Lists & Media Ltd | 661,308 |
|  | LifeLine Screening | 552,000 |
|  | Teaching Company Sales, LLC | 534,481 |
|  | Healthy Directions Publishing, LLC | 499,436 |
|  | American Mint LLC | 488,191 |
|  | GLM, Inc. (Green Light Marketing) | 485,761 |
|  | Immunocorp | 447,392 |
|  | Hampshire Labs, Inc. | 400,664 |
|  | Amazon.com, Inc. | 396,509 |
|  | Think Direct Marketing Group, Inc. | 361,114 |
|  | Littleton Coin Company, LLC | 346,804 |
|  | VRP Brands, LLC (Vitamin Research Products) | 341,944 |
|  | Systems Paving Marketing, Inc. | 289,342 |
|  | TrueAuto | 288,730 |
|  | Buena Vista Home Entertainment, Inc. | 283,691 |
|  | Mystic Stamp Co | 262,836 |
|  | Golden Gate Orchard Brands (Holding Co) | 254,743 |
|  | Earth Sun Moon Trading Company, Inc | 249,157 |
|  | GreatCall, Inc. | 248,828 |
|  | Next-Gen, Inc. | 232,096 |
|  | Canada, Inc. | 216,011 |
|  | American Cellars Wine Club | 204,518 |
|  | ProMax Plus, Inc | 188,336 |
|  | Connect America | 185,755 |
|  | Nautilus, Inc. | 178,271 |
|  | Guthy-Renker Corp | 175,591 |
|  | Handybook | 166,708 |
|  | Sun Chlorella USA Corp. | 164,157 |
|  | NatureCity, LLC | 164,042 |
|  | Nutri-Health Products | 146,997 |
|  | Wine Insiders | 138,591 |
|  | Direct Response Advertising, Inc. | 135,098 |
|  | Marketing Bulletin Board dba New Maturity Direct | 127,059 |
|  | Opportunities Unlimited Publications, Inc | 127,051 |
|  | Registered Disbursement Division | 125,601 |
|  | JT Communications | 123,222 |
|  | Vortex Marketing | 118,536 |
|  | Southern Fulfillment Services, LLC | 117,675 |
|  | National Collector's Mint | 116,586 |
|  | Renaissance Health LLC | 113,173 |
|  | Atlantic Coast Media Group, LLC | 108,536 |
|  | Think Outside the Book Publishing, Inc. | 108,259 |
|  | EvTech Media | 103,248 |

GOV01-01141413

2015 all

| | | |
|---|---|---|
| | Premier Care in Bathing | 102,161 |
| | Tungsten Revenue | 96,285 |
| | Lenox Corporation | 85,421 |
| | Miracle Breakthrough Labs | 84,309 |
| | Juvenon | 82,591 |
| | ValusDirect, LLC | 81,463 |
| | Nespresso USA, Inc. | 77,988 |
| | Gardens Alive | 77,306 |
| | Etillem, LLC | 74,256 |
| | Nature Delivered, Inc. | 73,949 |
| | Neogenis Labs | 70,859 |
| | Best Life Herbals, LLC | 66,020 |
| | Beachbody, LLC | 64,470 |
| | Wellness Research & Consulting, Inc. | 62,914 |
| | Biowell Natural Health | 62,256 |
| | Holsted Marketing, Inc. | 60,345 |
| | Integrity Music | 58,249 |
| | Health Research Laboratories | 48,618 |
| | Hoveround | 47,022 |
| | Fresh Direct, LLC | 45,703 |
| | VitalMax Vitamins | 40,903 |
| | Products for Life | 37,466 |
| | RSPT, LLC dba Radio Spirits | 37,157 |
| | Ironwood Labs LLC | 36,102 |
| | Prime Source Publishing | 31,255 |
| | NESTLE USA INC. | 30,465 |
| | Direct Wines | 29,800 |
| | Just Fabulous, Inc. | 28,821 |
| | UniScience Group, Inc. | 28,555 |
| | Nutrisystem, Inc. | 28,100 |
| | Wine of the Month Club | 27,639 |
| | Jet.com | 27,000 |
| | Universal Media Syndicate, Inc. | 26,078 |
| | Biocentric Health, Inc. | 25,319 |
| | Bronson Nutritional, LLC | 25,250 |
| | Diversified Marketing Group | 25,165 |
| | Lifeline Systems Company, dba Philips Lifeline | 23,000 |
| | Austin Herbal Sciences | 22,473 |
| | Haven Solutions, LLC | 21,322 |
| | Lane Labs | 20,984 |
| | Nature Trade Center | 19,970 |
| | SmartEnergy Holdings, LLC | 19,423 |
| | Horizon Marketing Services, Inc. | 19,271 |
| | Nu Era Labs, LLC | 18,366 |
| | Neo Tech Publishing Company | 17,816 |
| | ReImagine Marketing Group, Inc. | 17,679 |
| | Super Vitality Inc. | 17,544 |

GOV01-01141413

2015 all

| | | |
|---|---|---:|
| | Integrity Tracking LLC dba MobileHelp | 17,050 |
| | Nakedwines.com | 17,046 |
| | Keyview Labs, Inc. | 15,738 |
| | Optimal Health | 15,632 |
| | The American Kennel Club, Inc. | 13,893 |
| | Regency Direct Marketing AG | 13,846 |
| | Lipogen US Inc | 13,565 |
| | Schwan's Home Service, Inc. | 13,422 |
| | 4X Media International | 12,642 |
| | Ohio Distinctive Software, Inc. | 12,327 |
| | Grandma Rosa | 12,225 |
| | Teleflora | 11,045 |
| | Canary Connect, Inc. | 10,920 |
| | Rejuva Naturals LLC | 10,403 |
| | Omaha Steaks | 10,035 |
| | Makana, LLC | 9,922 |
| | Direct Response Management Group | 9,650 |
| | Hello Fresh USA | 8,550 |
| | Thrive Market, Inc. | 8,546 |
| | Fiduciary Lists | 8,086 |
| | Fortis Marketing Direct LTD | 7,756 |
| | Wellness Logix | 7,283 |
| | Natural Option USA | 6,850 |
| | Fabletics, LLC | 6,351 |
| | NONA Trading, Inc. | 6,305 |
| | GS Direct - DTC | 6,233 |
| | FPH Communications | 5,948 |
| | Verengo Inc. | 5,944 |
| | FC Flint | 5,565 |
| | Sungevity, Inc. | 5,023 |
| | International Precious Metals | 5,009 |
| | Roma Direct | 4,951 |
| | HBdirect LLC | 4,821 |
| | My Alarm Center, LLC | 4,476 |
| | Worldclass Collections | 4,353 |
| | Care Point Medical | 4,301 |
| | Human Touch, LLC | 4,105 |
| | World Marketing Group Inc. (WMG) | 3,899 |
| | Frontpoint Security Solutions, LLC | 3,800 |
| | Quality Health Blends, Inc. | 3,603 |
| | WellMed | 3,603 |
| | Jenasol Nutritionals, LLC | 3,569 |
| | Eco-Flex | 3,178 |
| | Empire Marketing Corp | 3,077 |
| | J.L. Dietary Supplements Ltd. | 2,652 |
| | Gold Rush | 2,503 |
| | iwantmycbd.org | 2,176 |

GOV01-01141413

2015 all

| | | |
|---|---|---:|
| | Sling TV L.L.C. | 2,000 |
| | Space NK Apothecary | 1,921 |
| | US Tech Support LLC | 1,751 |
| | ESCO/Ear Service Corporation | 1,575 |
| | Brookdale Senior Living Inc. | 1,547 |
| | Direct Merchandising, Inc. | 1,427 |
| | Ojas Enterprises, LLC | 1,206 |
| | Archadeck | 1,202 |
| | Emerson Electric Co. dba Emerson Climate | 1,165 |
| | Nuvista Event Management | 1,150 |
| | Outdoor Lighting Perspectives | 1,102 |
| | Stratus Bikes, LLC | 1,052 |
| | Pound Ridge Marketing | 912 |
| | Family Education Network | 901 |
| | Providence Labs | 688 |
| | Direct Marketing Association, Inc. | 676 |
| | BioTRUST Nutrition | 600 |
| | TARR, Inc. | 562 |
| | Award Opportunity | 561 |
| | Sinclair Institute | 484 |
| | Ad Strategies | 350 |
| | Traffic Exchange Network, LLC | 193 |
| | Natraflex Brands | 50 |
| | Zurich Biopharmacals Ltd | 0 |
| | MFPA, Inc. (Mouth & Foot Painting Artists, Inc.) | 0 |
| | Mira Fitness, LLC | 0 |
| | North American Membership Group, Inc. | (420) |
| | Personal Innovative Products | (476) |
| | **Grand Total** | **16,543,558** |

GOV01-01141413

2016 all

|  |  | 2016 rev |
|---|---|---|
|  | Publishers Clearing House | 919,079 |
|  | ProMax Plus, Inc | 820,025 |
|  | Bradford Group aka BGE, Ltd. aka Midwest Lists & Media Ltd | 722,384 |
|  | Healthy Directions Publishing, LLC | 590,250 |
|  | LifeLine Screening | 552,000 |
|  | Teaching Company Sales, LLC | 505,559 |
|  | American Mint LLC | 499,304 |
|  | MBI, Inc. | 498,209 |
|  | Institute for Vibrant Living | 437,666 |
|  | Connect America | 434,337 |
|  | Think Direct Marketing Group, Inc. | 420,954 |
|  | Immunocorp | 398,929 |
|  | GLM, Inc. (Green Light Marketing) | 398,758 |
|  | Jet.com, Inc. | 358,617 |
|  | Grocery Delivery E-Services USA Inc. dba HelloFresh | 356,051 |
|  | VRP Brands, LLC (Vitamin Research Products) | 337,246 |
|  | Littleton Coin Company, LLC | 312,217 |
|  | Canada, Inc. | 276,705 |
|  | Hampshire Labs, Inc. | 256,123 |
|  | Golden Gate Orchard Brands (Holding Co) | 250,000 |
|  | ValusDirect, LLC | 246,703 |
|  | Next-Gen, Inc. | 238,974 |
|  | Earth Sun Moon Trading Company, Inc | 238,688 |
|  | Mystic Stamp Co | 235,083 |
|  | GreatCall, Inc. | 230,941 |
|  | TrueAuto | 224,653 |
|  | Amazon.com, Inc. | 213,352 |
|  | Systems Paving Marketing, Inc. | 205,039 |
|  | EvTech Media | 204,171 |
|  | Hello Fresh USA | 191,015 |
|  | Brookdale Senior Living Inc. | 190,860 |
|  | American Cellars Wine Club | 175,437 |
|  | Marketing Bulletin Board dba New Maturity Direct | 175,243 |
|  | Sun Chlorella USA Corp. | 174,060 |
|  | Nakedwines.com | 171,797 |
|  | National Center for Pain, LLC | 169,173 |
|  | Nautilus, Inc. | 167,414 |
|  | Guthy-Renker Corp | 162,674 |
|  | NatureCity, LLC | 160,228 |
|  | 24 Hour Fitness | 156,944 |
|  | Buena Vista Home Entertainment, Inc. | 151,213 |
|  | Tungsten Revenue | 139,762 |
|  | Southern Fulfillment Services, LLC | 129,849 |
|  | Health Research Laboratories | 127,988 |
|  | Nutri-Health Products | 127,476 |
|  | ReImagine Marketing Group, Inc. | 120,966 |

GOV01-01141413

2016 all

| | | |
|---|---|---:|
| | Opportunities Unlimited Publications, Inc | 120,687 |
| | Renaissance Health LLC | 117,224 |
| | Lifeline Systems Company, dba Philips Lifeline | 108,040 |
| | Registered Disbursement Division | 101,480 |
| | Indiana Botanic Gardens | 100,060 |
| | Integrity Tracking LLC dba MobileHelp | 98,835 |
| | Direct Response Advertising, Inc. | 95,503 |
| | Wellness Research & Consulting, Inc. | 94,365 |
| | National Collector's Mint | 90,405 |
| | Miracle Breakthrough Labs | 86,777 |
| | Just Fabulous, Inc. | 85,990 |
| | United Service Plans, LLC | 79,140 |
| | Lenox Corporation | 77,401 |
| | Biowell Natural Health | 76,235 |
| | Vortex Marketing | 75,477 |
| | Fresh Direct, LLC | 68,455 |
| | Leadership Platform Acquisition Corporation d/b/a Envision EMI | 64,331 |
| | Best Life Herbals, LLC | 61,065 |
| | UniScience Group, Inc. | 59,491 |
| | Ironwood Labs LLC | 56,914 |
| | Etillem, LLC | 54,569 |
| | iwantmycbd.org | 53,344 |
| | Integrity Music | 53,065 |
| | Think Outside the Book Publishing, Inc. | 51,435 |
| | SmartEnergy Holdings, LLC | 49,871 |
| | Yasha Marketing | 47,867 |
| | Beachbody, LLC | 46,000 |
| | Neo Tech Publishing Company | 45,338 |
| | VitalMax Vitamins | 44,561 |
| | RSPT, LLC dba Radio Spirits | 44,439 |
| | Wine Insiders | 43,838 |
| | Peak Wellness Nutrition | 42,167 |
| | Gardens Alive | 41,795 |
| | Premier Care, LLC | 37,016 |
| | Rejuva Naturals LLC | 35,858 |
| | Juvenon | 31,304 |
| | Prime Source Publishing | 30,737 |
| | Life Extension | 30,047 |
| | Wine of the Month Club | 29,563 |
| | Direct Wines | 27,143 |
| | Optimal Health | 27,008 |
| | NatureBox, Inc. | 26,777 |
| | Haven Solutions, LLC | 24,686 |
| | Lazone Principles | 24,063 |
| | Bronson Nutritional, LLC | 20,708 |
| | Lane Labs | 20,058 |
| | Austin Herbal Sciences | 19,881 |

GOV01-01141413

2016 all

| | | |
|---|---|---:|
| | Regency Direct Marketing AG | 16,615 |
| | Fratelli Carli USA Inc | 14,915 |
| | Grandma Rosa | 14,630 |
| | LLJ, Inc. dba Minibar Delivery | 13,701 |
| | Horizon Marketing Services, Inc. | 13,356 |
| | Super Vitality Inc. | 13,190 |
| | Sungevity, Inc. | 13,106 |
| | Whistle Labs, Inc. | 12,452 |
| | Nu Era Labs, LLC | 12,256 |
| | Biocentric Health, Inc. | 12,036 |
| | Schwan's Home Service, Inc. | 12,000 |
| | Publishers Promo | 11,474 |
| | J.L. Dietary Supplements Ltd. | 11,166 |
| | Lipogen US Inc | 10,293 |
| | Fabletics, LLC | 10,131 |
| | Performance Health Systems, LLC | 10,000 |
| | JT Communications | 9,958 |
| | Ad Factory | 9,942 |
| | Diversified Marketing Group | 9,882 |
| | Atlantic Coast Media Group, LLC | 8,981 |
| | Neogenis Labs | 8,672 |
| | Worldclass Collections | 8,380 |
| | Ojas Enterprises, LLC | 8,284 |
| | Products for Life | 8,114 |
| | Nature Trade Center | 8,072 |
| | Ohio Distinctive Software, Inc. | 7,972 |
| | Natural Option USA | 7,668 |
| | Wellness Logix | 6,842 |
| | Lifes2Good/Viviscal | 6,753 |
| | FlexShopper, LLC | 6,476 |
| | Town & Country Acceptance Corp. | 6,468 |
| | NONA Trading, Inc. | 6,428 |
| | Direct Digital LLC | 5,901 |
| | Fiduciary Lists | 5,535 |
| | Holsted Marketing, Inc. | 5,058 |
| | Direct Response Management Group | 4,692 |
| | Giddy, Inc. | 4,580 |
| | Solutions From Science, Inc. | 4,426 |
| | Providence Labs | 4,198 |
| | Stop Aging Now, LLC | 4,135 |
| | International Precious Metals | 3,679 |
| | Teleflora | 3,651 |
| | FC Flint | 3,594 |
| | Madison Reed, Inc. | 3,551 |
| | Universal Media Syndicate, Inc. | 3,301 |
| | Home Chef | 3,101 |
| | Public Health Solutions | 3,051 |

GOV01-01141413

2016 all

| | | |
|---|---|---|
| | FPH Communications | 3,049 |
| | Nature Plus Ltd. | 2,903 |
| | Gold Rush | 2,833 |
| | La Canada Ventures, Inc. | 2,652 |
| | Wealth Partners | 2,601 |
| | Cydcor, LLC | 2,500 |
| | 4X Media International | 2,401 |
| | Le Tote, Inc. | 2,176 |
| | Experimental Aircraft Association, Inc. | 2,176 |
| | The Edge Fitness Clubs | 2,045 |
| | M&M Bedding | 1,872 |
| | HBdirect LLC | 1,751 |
| | Ad Strategies | 1,551 |
| | Jenasol Nutritionals, LLC | 1,385 |
| | Direct Line Promotions, Inc. | 1,206 |
| | Kronos Limited | 1,186 |
| | KT Marketing | 1,164 |
| | Makana, LLC | 923 |
| | Omaha Steaks | 905 |
| | Warranty Corporation | 901 |
| | WellMed | 901 |
| | Herbal Groups | 900 |
| | The Herbfarm LLC | 820 |
| | Imagine Global Care | 646 |
| | Monty's Enterprises | 561 |
| | North American Machines of Colorado, Inc. | 561 |
| | Paramount Digital Publishing LLC | 476 |
| | Hyperion Natural Solutions | 476 |
| | Oleda Ltd. | 476 |
| | World Marketing Group Inc. (WMG) | 148 |
| | Destiny Research | 100 |
| | Handybook | 0 |
| | Thrive Market, Inc. | 0 |
| | Nespresso USA, Inc. | 0 |
| | Award Opportunity | 0 |
| | ProTouch Marketing | (0) |
| | Nature Delivered, Inc. | (0) |
| | Pound Ridge Marketing | (10) |
| | **Grand Total** | **17,232,027** |

GOV01-01141413

2017 YTD all

|  |  | 2017 YTD Rev |
|---|---|---|
|  | Publishers Clearing House | 714,182 |
|  | Bradford Group aka BGE, Ltd. aka Midwest Lists & Media Ltd | 612,236 |
|  | Jet.com, Inc. | 591,770 |
|  | Connect America | 517,491 |
|  | Grocery Delivery E-Services USA Inc. dba HelloFresh | 485,128 |
|  | ProMax Plus, Inc | 480,566 |
|  | National Center for Pain, LLC | 418,605 |
|  | Healthy Directions Publishing, LLC | 386,910 |
|  | LifeLine Screening | 380,243 |
|  | Think Direct Marketing Group, Inc. | 300,595 |
|  | American Mint LLC | 297,959 |
|  | GLM, Inc. (Green Light Marketing) | 276,080 |
|  | 24 Hour Fitness | 266,667 |
|  | Immunocorp | 244,860 |
|  | GreatCall, Inc. | 236,075 |
|  | Hampshire Labs, Inc. | 235,268 |
|  | Mojo Media LLC | 196,701 |
|  | MBI, Inc. | 194,929 |
|  | Teaching Company Sales, LLC | 165,837 |
|  | Mystic Stamp Co | 164,924 |
|  | Brookdale Senior Living Inc. | 163,986 |
|  | CleanChoice Energy, Inc. | 161,324 |
|  | Yasha Marketing | 155,666 |
|  | Champion OPCO, LLC | 155,397 |
|  | Littleton Coin Company, LLC | 155,211 |
|  | Next-Gen, Inc. | 152,390 |
|  | Golden Gate Orchard Brands (Holding Co) | 144,444 |
|  | LLJ, Inc. dba Minibar Delivery | 139,997 |
|  | Renaissance Health LLC | 125,963 |
|  | EvTech Media | 119,344 |
|  | Health Research Laboratories | 118,638 |
|  | Peak Wellness Nutrition | 117,033 |
|  | Sun Chlorella USA Corp. | 115,046 |
|  | Safe Step Walk-In Tub Co. | 110,803 |
|  | NatureCity, LLC | 108,064 |
|  | ReImagine Marketing Group, Inc. | 106,308 |
|  | Buena Vista Home Entertainment, Inc. | 105,310 |
|  | Universal Media Syndicate, Inc. | 101,808 |
|  | Home Chef | 100,651 |
|  | Canada, Inc. | 98,757 |
|  | TrueAuto | 98,558 |
|  | iwantmycbd.org | 89,562 |
|  | American Cellars Wine Club | 89,216 |
|  | Guthy-Renker Corp | 87,571 |
|  | National Collector's Mint | 87,405 |
|  | Wellness Research & Consulting, Inc. | 80,846 |

GOV01-01141413

2017 YTD all

| | | |
|---|---|---|
| | Systems Paving Marketing, Inc. | 72,673 |
| | Peloton Interactive, Inc. | 69,260 |
| | Just Fabulous, Inc. | 66,204 |
| | Opportunities Unlimited Publications, Inc | 65,937 |
| | UniScience Group, Inc. | 64,663 |
| | Direct Response Advertising, Inc. | 59,585 |
| | Integrity Tracking LLC dba MobileHelp | 54,430 |
| | Tungsten Revenue | 53,458 |
| | Fresh Direct, LLC | 51,831 |
| | Stop Aging Now, LLC | 51,070 |
| | Lenox Corporation | 50,651 |
| | Leadership Platform Acquisition Corporation d/b/a Envision EMI | 46,665 |
| | NESTLE USA INC. | 46,616 |
| | Optimal Health | 44,750 |
| | Nautilus, Inc. | 42,589 |
| | VRP Brands, LLC (Vitamin Research Products) | 42,395 |
| | Biocentric Health, Inc. | 40,737 |
| | Miracle Breakthrough Labs | 40,022 |
| | Biowell Natural Health | 39,760 |
| | Glossier, Inc. | 39,052 |
| | Indiana Botanic Gardens | 36,641 |
| | SmartEnergy Holdings, LLC | 35,738 |
| | Harry's USA, Inc. | 34,376 |
| | Wine Insiders | 33,779 |
| | Marketing Bulletin Board dba New Maturity Direct | 33,686 |
| | Best Life Herbals, LLC | 32,031 |
| | Vortex Marketing | 30,803 |
| | RSPT, LLC dba Radio Spirits | 30,637 |
| | Neo Tech Publishing Company | 29,850 |
| | Direct Line Promotions, Inc. | 29,254 |
| | Juvenon | 29,205 |
| | Nutri-Health Products | 28,489 |
| | Earth Sun Moon Trading Company, Inc | 27,191 |
| | Gardens Alive | 25,412 |
| | Super Vitality Inc. | 22,888 |
| | Publishers Promo | 22,798 |
| | VitalMax Vitamins | 21,061 |
| | Austin Herbal Sciences | 19,680 |
| | Rejuva Naturals LLC | 19,195 |
| | Gemological Institute of America | 19,021 |
| | LeaderMarkets Media, Inc. | 18,693 |
| | Peapod, LLC | 18,600 |
| | Lazone Principles | 18,008 |
| | Think Outside the Book Publishing, Inc. | 17,249 |
| | Life Extension | 17,032 |
| | Ironwood Labs LLC | 16,962 |
| | Town & Country Acceptance Corp. | 16,771 |

GOV01-01141413

2017 YTD all

| | | |
|---|---|---|
| | Integrity Music | 16,707 |
| | Neogenis Labs | 15,665 |
| | Nutrisystem, Inc. | 15,351 |
| | US Longevity Institute, LLC | 15,018 |
| | Burbank Information Group | 14,685 |
| | Bronson Nutritional, LLC | 14,379 |
| | Wine of the Month Club | 14,201 |
| | Fratelli Carli USA Inc | 13,145 |
| | Worldclass Collections | 12,624 |
| | Suarez Corporation Industries | 10,996 |
| | The Proactiv Company LLC | 10,833 |
| | Experimental Aircraft Association, Inc. | 10,777 |
| | JRSK Inc. dba AwayTravel.com | 10,550 |
| | United Service Plans, LLC | 10,463 |
| | La Canada Ventures, Inc. | 10,055 |
| | Door To Door Organics, Inc. | 9,797 |
| | Monty's Enterprises | 9,587 |
| | Nu Era Labs, LLC | 9,367 |
| | Ron Allen Enterprises | 9,202 |
| | NatureBox, Inc. | 8,131 |
| | Lifes2Good/Viviscal | 7,539 |
| | Natural Option USA | 7,529 |
| | Freshly, Inc. | 7,450 |
| | Madison Reed, Inc. | 7,026 |
| | ACCO Brands USA, LLC | 7,001 |
| | Ohio Distinctive Software, Inc. | 6,216 |
| | Pretty Litter Inc. | 6,163 |
| | Hyperion Natural Solutions | 6,102 |
| | ValusDirect, LLC | 6,059 |
| | Lane Labs | 5,991 |
| | Ojas Enterprises, LLC | 5,721 |
| | Laloma Holdings LLC | 5,708 |
| | Fiduciary Lists | 5,701 |
| | Sono Bello | 5,700 |
| | Lipogen US Inc | 5,515 |
| | Direct Wines | 5,301 |
| | Grandma Rosa | 4,655 |
| | Zurixx LLC | 4,551 |
| | Quality Health Blends, Inc. | 4,477 |
| | Medici Quest | 4,351 |
| | Try The World | 4,301 |
| | A.S. Research, LLC. | 4,282 |
| | Institute for Vibrant Living | 4,123 |
| | Lightbridge Academy | 4,102 |
| | Teleflora | 3,650 |
| | Infinicare Labs | 3,501 |
| | A Place For Rover, Inc. | 3,265 |

GOV01-01141413

2017 YTD all

|  | | |
|---|---|---|
|  | M&M Bedding | 3,215 |
|  | Wellness Logix | 3,212 |
|  | KT Marketing | 3,178 |
|  | Lifeline Systems Company, dba Philips Lifeline | 3,000 |
|  | JT Communications | 2,937 |
|  | Mouth and Foot Painting Artists | 2,850 |
|  | Winwin Telemarketing | 2,752 |
|  | United Readers Service, Inc. | 2,622 |
|  | Bombfell, Inc. | 2,601 |
|  | Optimax Investments / Glasses USA Inc. | 2,264 |
|  | JKS Ventures LLC | 2,226 |
|  | Revitalife Labs, Inc. | 2,141 |
|  | Homepolish, Inc. | 2,000 |
|  | L2G North America | 1,852 |
|  | Curology, Inc. | 1,791 |
|  | WellMed | 1,589 |
|  | Confidence U.S.A. Inc. | 1,581 |
|  | National Consumer Division | 1,376 |
|  | Fosbrook, Inc. dba Tuft & Needle | 1,230 |
|  | Chelactiv | 901 |
|  | Palm Beach Liquidation Gallery | 806 |
|  | Jetbj Inc. | 725 |
|  | Oleda Ltd. | 682 |
|  | Public Health Solutions | 526 |
|  | Puzzle Player's Advantage | 476 |
|  | Naturvue, LLC | 476 |
|  | Vigor Quest LLC | 476 |
|  | Personal Trainer Food LLC | 475 |
|  | Nakedwines.com | 380 |
|  | Nature's Brands, Inc. | 305 |
|  | ProTouch Marketing | 288 |
|  | Thrive Market, Inc. | 50 |
|  | Wealth Wise LLC. | 0 |
|  | Canary Connect, Inc. | (149) |
|  | FC Flint | (213) |
|  | **Grand Total** | **12,421,853** |

GOV01-01141413