# EXHIBIT C

| | |
|---|---|
| **From:** | Reger, Rob </O=OHEPSILON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROB.REGER> |
| **Sent:** | Saturday, December 19, 2015 10:19 AM |
| **To:** | Wells Spence <wells_spence@yahoo.com> |
| **Subject:** | Re: Eric Z role, other oppty |

That's just where the openings happen to be. But I'll keep on the lookout for you!!

On Dec 18, 2015, at 3:22 PM, Wells Spence <wells_spence@yahoo.com> wrote:

Hi Rob: Thanks for sending the link about the opening in Eric's group as well as the other note you fwded for the Circle Graphics role.

Both the Epsilon role on Eric's team (Dir Sales) and the one at Circle Graphics (VP Sales) seem intriguing, but they clearly emphasize Sales experience in the required qualifications. I'm heavy on Marketing in my background, but not Sales per se.

Any thoughts on this?

Many thanks again, and hope you have a great weekend! Best,

Wells

---

**From:** "Reger, Rob" <Rob.Reger@epsilon.com>
**To:** "wells_spence@yahoo.com" <wells_spence@yahoo.com>
**Sent:** Thursday, December 17, 2015 9:32 PM
**Subject:** Fwd: Link


FYI


Begin forwarded message:

**From:** "Zilling, Eric" <Eric.Zilling@epsilon.com>
**Date:** December 17, 2015 at 3:05:08 PM MST
**To:** "Reger, Rob" <Rob.Reger@epsilon.com>
**Cc:** "Green, Jeannie" <Jeannie.Green@epsilon.com>
**Subject: RE: Link**

Yes - that was fun.

Here's the link to the opening on my team.

http://careers.application.epsilon.com/job/EPSIA002A4303/Director--Sales-Data-Strategy-and-Analytics--0074555-


Eric Zilling,  VP Data Strategy and Analytics

T   303.410.5435   M   720.346.3283   2550 Crescent Dr., Lafayette, CO 80026   www.epsilon.com

FOIA CONFIDENTIAL TREATMENT REQUESTED; CONTAINS INFORMATION EXEMPT FROM DISCLOSURE UNDER FOIA, 5 U.S.C. §552(b)

EPSILON0681426

GOV01-01822741

Ranked #1 2014 by Ad Age
. #1 Largest U.S. Agency All Disciplines
. #1 Largest U.S. Digital-Agency Networks
. #1 World's Largest CRM-Direct Marketing Networks
. #4 World's Largest Digital-Agency Networks
. #5 Largest U.S. Promotion Agencies (Catapult)
. #7 World's Largest Agencies
. #7 World's Largest Consolidated Agency Networks
. #13 Largest U.S. Hispanic Agencies


-----Original Message-----
From: Reger, Rob
Sent: Wednesday, December 16, 2015 11:39 PM
To: Zilling, Eric
Cc: Green, Jeannie
Subject: Link

Hi Eric- fun to hang tonight I can't believe you knew Fred Shotwell and Al Madden what a small world. They were around some of my most creative times ever! Back then writing for Dick and Eds TV spots with Bert and Rudi and killing it in sweeps was like a celebrity profession. What a trip!! Seems like a lifetime ago, those names were like resurrecting true creative geniuses who knew no boundaries!

Can you send us the link to the position on your team? jeannie can send it to Nancy and I can send it to Wells Spence. May be good candidates for you.

Rob

This e-mail and files transmitted with it are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not one of the named recipient(s) or otherwise have reason to believe that you received this message in error, please immediately notify sender by e-mail, and destroy the original message. Thank You.

FOIA CONFIDENTIAL TREATMENT REQUESTED;
CONTAINS INFORMATION EXEMPT FROM DISCLOSURE UNDER FOIA,
5 U.S.C. §552(b)

EPSILON0681427

GOV01-01822742