IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00192-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT REGER,
2. DAVID LYTLE

    Defendants.

---

## NOTICE OF FILING OF COOPERATOR AGREEMENTS

---

Per the Court's May 30, 2024 Order, the United States respectfully submits as restricted attachments the plea agreements and cooperation agreements involving various witnesses at the trial in this matter.

DATED this 15th day of July, 2024.

| | |
|---|---|
| AMANDA N. LISKAMM<br>Director<br>United States Department of Justice<br>Consumer Protection Branch | MATTHEW T. KIRSCH<br>Acting United States Attorney |
| By: /s/ Alistair Reader<br>Alistair Reader<br>Senior Trial Attorney<br>Rachael Doud<br>Assistant Director<br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 5th Street, NW, Suite 6400<br>Washington, DC 20530<br>(202) 353-9930 (Reader)<br>(202) 304-4599 (Doud)<br>Alistair.F.Reader@usdoj.gov | By: /s/ Rebecca S. Weber .<br>Rebecca S. Weber<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>(303) 454-0332 (Weber)<br>Rebecca.Weber@usdoj.gov<br>Attorney for the United States |

Rachael.Doud@usdoj.gov
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing **NOTICE OF FILING OF COOPERATOR AGREEMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office